## United States District Court for the Northern District of Illinois

Case Number: **07C 50222**  Assigned/IssuedBy: _____

### FEE INFORMATION

Amount Due: ☐ $350.00  ☐ $39.00  ☐ $5.00
☐ IFP  ☒ No Fee  ☐ Other _____

(For use by Fiscal Department Only)

Amount Paid: _____  Receipt #: _____

Date Paid: _____  Fiscal Clerk: _____

**FILED**
JAN 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### ISSUANCES

Type Of Issuance:
☒ Summons  ☐ Alias Summons
☐ Third Party Summons  ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____ (Type of Writ)

2 Original and 0 copies on 1-11-08 as to defts
(Date)

C:\wpwin80\docket\feeinfo.frm  01/01