# United States District Court for the Northern District of Illinois

Case Number: 07-50222          Assigned/Issued By: ___

## FEE INFORMATION

**Amount Due:**  [☒] $350.00    [ ] $39.00    [ ] $5.00
                [ ] IFP        [ ] No Fee    [ ] Other ___

FILED
FEB 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: ___          Receipt #: ___

Date Paid: ___            Fiscal Clerk: ___

## ISSUANCES

**Type Of Issuance:**
- [☒] Summons
- [ ] Third Party Summons
- [ ] Non Wage Garnishment Summons
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Writ ___ (Type of Writ)
- [ ] Alias Summons
- [ ] Lis Pendens

1 Original and 0 copies on 2/21/08 as to Mark Wasserman
                        (Date)

C:\wpwin80\docket\feeinfo.frm  01/01