IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DANIELLE Y. KNOBLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 CV 50222 |
| ) | |
| CLIFFBREAKERS, INC., an Illinois ) | |
| Corporation, and MARK WASSERMAN, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CLIFFBREAKERS, INC.'s
RULE 12(b) MOTION TO DISMISS AND STRIKE**

Defendant, CLIFFBREAKERS, INC., by its attorneys, Holmstrom & Kennedy, P.C., for its Rule 12(b) Motion to Dismiss and Strike Certain Portions of the Complaint filed by Plaintiff, DANIELLE Y. KNOBLE, states:

**RULE 12(b)(1) and 12(b)(6)
MOTION TO DISMISS THIRD CAUSE OF ACTION AND
STRIKE RELATED PORTIONS OF COMPLAINT**

1. Plaintiff's four-count Complaint seeks various forms of relief under Title VII and the Illinois Human Rights Act for alleged sex discrimination and sexual harassment by Defendant Mark Wasserman.

2. The Third Cause of Action in Plaintiff's Complaint is brought under the Illinois Human Rights Act, 775 ILCS 5/1 et seq. (the "IHRA"). Paragraphs 1, 2 and 5 of Plaintiff's Complaint make related allegations regarding this Court's jurisdiction of her claims under the IHRA, and subparagraphs (g) and (h) of the prayer for relief in Plaintiff's Complaint seeks relief under the IHRA.

3. Prior to January 1, 2008, the IHRA provided for administrative remedies but did not provide for a private cause of action. See, e.g., Section 7A-102 of the IHRA, 775 ILCS 5/7A-102.

4. Section 7A-102(G)(2) of the IHRA was amended by P.A. 95-243 to allow a complainant to bring a "civil action in an appropriate circuit court". 775 ILCS 5/7A-102(G)(2).

5. P.A. 95-243 became effective on January 1, 2008.

6. P.A. 95-243 also added a new subsection to the IHRA, Section 7A-102(J), which states, "The changes made to this Section by this amendatory Act of the 95th General Assembly apply to charges filed on or after the effective date of those changes."

7. Paragraph 3 of Plaintiff's Complaint alleges that her charge was filed with the Illinois Department of Human Rights ("IDHR") on or about April 7, 2006, before the changes made to Section 7A-102(G)(2) of the IHRA by P.A. 95-243 became effective.

8. The Third Cause of Action in Plaintiff's Complaint and Plaintiff's other IHRA-based allegations should be dismissed and stricken under Fed.R.Civ.P. 12(b)(1), because Illinois law does not provide Plaintiff with a private cause of action under the IHRA, and this Court therefore lacks subject matter jurisdiction of any such claim.

9. In the alternative, the Third Cause of Action in Plaintiff's Complaint and Plaintiff's other IHRA-based allegations should be dismissed and stricken under Fed.R.Civ.P. 12(b)(6), because Illinois law does not provide Plaintiff with a private cause of action under the IHRA.

### RULE 12(f)
### MOTION TO STRIKE PRAYER FOR RELIEF

10. Plaintiff's prayer for relief requests an award of compensatory and punitive damages "in the amount of $500,000". No allegation is made with respect to the number of Defendant

CLIFFBREAKER's employees and, in any event, the Civil Rights Act of 1991 does not permit awards in such an amount. 42 U.S.C. Sec. 1981a(b)(3).

WHEREFORE, Defendant, CLIFFBREAKERS, INC., prays for entry of an Order providing for the following relief:

    A.    Dismissing the Third Cause of Action in Plaintiff's Complaint;

    B.    Striking paragraphs 1, 2 and 5 of Plaintiff's Complaint;

    C.    Striking subparagraphs (g) and (h) of the prayer for relief in Plaintiff's Complaint;

    D.    Striking subparagraph (e) of the prayer for relief in Plaintiff's Complaint; and

    E.    For such other and further relief as the Court deems just and proper.

                CLIFFBREAKERS, INC., Defendant,

        BY:    HOLMSTROM & KENNEDY, P.C.,
                    Its Attorneys,

        BY:    _/s/ Roberta L. Holzwarth_____
                    Roberta L. Holzwarth

Attorney Roberta L. Holzwarth
HOLMSTROM & KENNEDY, P.C.
800 N. Church Street
P.O. Box 589
Rockford, IL 61105-0589
Phone: 815-962-7071
Fax: 815-962-7181

## PROOF OF SERVICE

The undersigned states that a copy of the foregoing **RULE 12(B) MOTION TO DISMISS AND STRIKE** was served upon:

**Attorney David J. Brown**
**216 N. Court Street**
**Rockford, IL 61103**

the parties and attorneys of record herein, via the Court's CM/ECF system by electronic transmission and by depositing said envelope, with postage fully prepaid by first class mail, in the United States Post Office mailbox in Rockford, Illinois, on this 10th day of March, 2008.

_____
Lisa Jacobson

Subscribed and sworn to before me this
10th day of March, 2008.

_____
Notary Public

"OFFICIAL SEAL"
KATHERINE COLLOPY-NORRIS
Notary Public, State of Illinois
My Commission Expires 11/02/11

Attorney Roberta L. Holzwarth
HOLMSTROM & KENNEDY, P.C.
800 N. Church Street
P.O. Box 589
Rockford, IL 61105-0589
Phone: 815-962-7071
Fax: 815-962-7181