IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DANIELLE Y. KNOBLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 50222 |
| | ) | |
| CLIFFBREAKERS, INC., an Illinois | ) | |
| Corporation, and MARK WASSERMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF HEARING

**YOU ARE HEREBY NOTIFIED** that on the **14th** day of **March, 2008**, at **1:30 p.m.**, or as soon thereafter as counsel may be heard, I shall appear at the United States District Court for the Northern District of Illinois, Western Division, located at 211 South Court Street, Room 206, Rockford, Illinois, before his Honor, P. Michael Mahoney, in the room usually occupied by him as a courtroom, and then and there present for hearing the attached **Defendant Cliffbreakers, Inc.'s Rule 12(b) Motion to Dismiss and Strike**, a copy of which is attached hereto, and at which time and place you may appear if you so desire.

Dated: March 10, 2008

CLIFFBREAKERS, INC., Defendant,

BY: HOLMSTROM & KENNEDY, P.C.,
Its Attorneys,

BY: _____
Roberta L. Holzwarth

HOLMSTROM & KENNEDY, P.C.
800 N. Church Street
P.O. Box 589
Rockford, IL 61105-0589
Phone: 815-962-7071
Fax: 815-962-7181

# CERTIFICATE OF SERVICE

The undersigned states that a copy of the foregoing **Notice of Hearing** was served upon:

Attorney David J. Brown
216 N. Court Street
Rockford, IL 61103

the parties and attorneys of record herein, via the Court's CM/ECF system by electronic transmission and by depositing said envelope, with postage fully prepaid by first class mail, in the United States Post Office mailbox in Rockford, Illinois, on this 10th day of March, 2008.

_____

Subscribed and sworn to before me
this 10th day of March, 2008

_____
Notary Public

Attorney Roberta L. Holzwarth
Holmstrom & Kennedy, P.C.
800 North Church Street
P.O. Box 589
Rockford, Illinois 61105
Phone: 815-962-7071
Fax: 815-962-7181

"OFFICIAL SEAL"
KATHERINE COLLOPY-NORRIS
Notary Public, State of Illinois
My Commission Expires 11/02/11