AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Danielle Y. Knoble

V.

Cliffbreakers, Inc., an Illinois Corporation and
Mark Wasserman

CASE NUMBER: 07 50222

ASSIGNED JUDGE: Fredrick Kapala

DESIGNATED MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

Mark Wasserman
404 Mallard Rd.
Winnebago, IL 61088

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Brown
216 N. Court St.
Rockford, IL 61103

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____  　　　　　　　　　　　　　　　　　　　2/21/08
(By) DEPUTY CLERK　　　　　　　　　　　　　　　　　　　　　　　　DATE

**Stewart and Associates, Inc.**

**AFFIDAVIT OF PROCESS SERVER**

United States District Court
Northern District of Illinois

Case Number: **07 50222**

Danielle Y. Knoble vs Cliffbreakers, Inc. an Illinois Corporation and Mark Wasserman

Person Served: **Mark Wasserman**

Address: **404 Mallard Rd.**

City/State/Zip: **Winnebago, IL 61088**

I, Rich Myers, a registered employee of Brian W. Stewart & Associates, Inc. an Illinois Private Detective Agency License #117-000540, after being duly sworn, do hereby state that the attached document(s) entitled: **Summons In A Civil Case & Complaint** was served as indicated.

SERVICE INFORMATION:

Service Address (if different than above): _____

___ Personal Service: Left copy of the document(s) with above personally.

Date ___/___/___    Time: _____

Date Of Birth: _____ Sex: M F Race: ___ Height: ___ Weight: ___ Hair: ___

**X** Substitute Service: Left copy of the document(s) at the defendant's usual place of abode with some person of the age of 13 years or upwards and informed that person of the contents thereof. Service was followed by sending a copy of the document(s) in a sealed envelope with postage fully prepaid addressed to the defendant at his/her usual place of abode.

Name: Bobbie Joe Wasseman    Relation: Spouse    (live-in)

Date 2/24/08    Time: 1338

Date Of Birth: 12/23/71    Sex: M (F)    Race: W    Height: 5'6"    Weight: 185    Hair: Auburn

Date copy mailed 2/26/08

___ Service on: Corporation___ Company___ Business___ Other___

Left a copy of the document(s) with the following:
Registered Agent___ Officer___ Owner___ Authorized Person___ Cert. Mail___

Name: _____    Title: _____

Date ___/___/___    Time: _____

Date Of Birth: _____ Sex: M F Race: ___ Height: ___ Weight: ___ Hair: ___

Subscribed and sworn before me this 26 day of February 2008.

_Amanda Miller_
Notary Public

_Registered Employee_
Brian W. Stewart & Associates, Inc.
Fee: $ 30
Our Job #: 63849

OFFICIAL SEAL
AMANDA MILLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/14/10