# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50222 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Knoble vs. Cliffbreakers, Inc. et al. | | |

**DOCKET ENTRY TEXT:**

As plaintiff has filed an amended complaint, defendant Cliffbreakers, Inc.'s motion to dismiss [15] is denied as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|