# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50222 | **DATE** | 5/2/2008 |
| **CASE TITLE** | Knoble v. Cliffbreakers, et al. | | |

**DOCKET ENTRY TEXT:**

This case has been settled between plaintiff and defendant Cliffbreakers. The parties are directed to file a stipulation to dismiss with the court by May 30, 2008. If the parties fail to file the required stipulation to dismiss and this court does not extend the period of time for filing the stipulation to dismiss, the Clerk's Office is directed to enter an order of dismissal with prejudice of defendant Cliffbreakers. Each party shall bear its own costs, unless otherwise provided in the settlement documents.

*[Signature: Frederick J. Kapala]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|