UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DANIELLE Y. KNOBLE,<br><br>    Plaintiff,<br><br>vs.<br><br>CLIFFBREAKERS, INC., an Illinois corporation, and MARK WASSERMAN,<br><br>    Defendants. | CASE NO. 07 CV 50222<br><br>**MOTION FOR DEFAULT** |

    NOW COMES the plaintiff, DANIELLE Y. KNOBLE, by and through her attorney, David J. Brown, and pursuant to Rule 55 of the Federal Rules of Civil Procedure (FRCP) moves this Court for a default judgment against the defendant, MARK WASSERMAN, and alleges as follows:

    1.    That proper service was obtained on the Defendant, Mark Wasserman, on February 24, 2008.

    2.    That copies of Affidavits of Service have been previously filed with this Court.

    3.    That the Defendant was given 30 days from the service date to file an answer or appearance.

    4.    That as of May 28, 2008, the Defendant has not filed an appearance or answer on this matter.

    5.    That the Plaintiff requests a judgment by default against the Defendants and for damages to be assessed against the defendant and for the plaintiff for the amount of relief requested herein:

    (a)    Awarding plaintiff compensatory damages in the amount of $15,000.00;

    (b)    Directing defendant to pay plaintiff compensatory damages and damages for her mental anguish and humiliation in the amount of $10,000.00;

    (c)    Awarding plaintiff the costs of $442.25 in this action together with reasonable attorneys' fees of $6000.00, as provided by Sec. 706(k) of Title VII, 42 U.S.C. S 2000e-6(k) ;

WHEREFORE, Plaintiff prays that a default judgment entered against the Defendant, MARK WASSERMAN, and in favor of the plaintiff.

                                            DANIELLE KNOBLE, Plaintiff,

                                       By: /s/David J. Brown
                                          DAVID J. BROWN, Her Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion for Default was served on May 28, 2007, pursuant to ECF as to Filing Users and shall comply with local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                          /s/ David J. Brown
                                          David J. Brown

David J. Brown
Attorney at Law
216 N. Court St.
Rockford, IL 61103
815/968-4474