**CLIFFBREAKERS INC 4TH QTR 2005**

PAYROLL CHECK HISTORY REPORT

*DETAIL FOR 01/01/05 THRU 12/31/05*
*SORTED BY EMPLOYEE NUMBER*

DEPARTMENT NO: 01 ALA CARTE

| EMPLOYEE/ CHK DATE | CHK NO | REG HOURS | O/T HOURS | GROSS WAGES | FEDERAL W/H | FICA W/H | MEDICARE W/H | STATE W/H | OTHER TAXES | OTHER DEDUCTIONS | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-KNOBLE | KNOBLE, DANIELLE | | SSN: 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 | | | | | | | | |
| 01/12/05 | 130109 | 8.40 | 0.00 | 101.46 | 0.00 | 6.29 | 1.47 | 3.04 | 0.00 | 75.00 | 15.66 |
| 01/26/05 | 130283 | 41.19 | 0.00 | 485.64 | 44.00 | 30.11 | 7.04 | 14.57 | 0.00 | 325.00 | 64.92 |
| 02/09/05 | 130461 | 11.70 | 0.00 | 94.37 | 0.00 | 5.85 | 1.37 | 2.83 | 0.00 | 48.74 | 35.58 |
| 06/01/05 | 132054 | 31.08 | 0.00 | 280.91 | 17.90 | 17.42 | 4.07 | 8.43 | 0.00 | 149.11 | 83.98 |
| 06/15/05 | 132269 | 39.09 | 0.00 | 314.72 | 21.28 | 19.51 | 4.56 | 9.44 | 0.00 | 151.00 | 108.93 |
| 06/29/05 | 132478 | 47.68 | 0.00 | 496.04 | 45.56 | 30.75 | 7.19 | 14.88 | 0.00 | 290.00 | 107.66 |
| 07/13/05 | 132686 | 40.99 | 0.00 | 584.47 | 58.82 | 36.24 | 8.47 | 17.53 | 0.00 | 424.61 | 38.80 |
| 07/27/05 | 132903 | 41.23 | 0.00 | 468.72 | 41.46 | 29.06 | 6.80 | 14.06 | 0.00 | 307.92 | 69.42 |
| 08/10/05 | 133120 | 34.71 | 0.00 | 458.96 | 40.00 | 28.46 | 6.65 | 13.77 | 0.00 | 282.30 | 87.78 |
| 08/24/05 | 133307 | 48.19 | 0.00 | 358.20 | 25.63 | 22.21 | 5.19 | 10.75 | 0.00 | 115.00 | 179.42 |
| 09/21/05 | 133692 | 6.84 | 0.00 | 104.72 | 0.28 | 6.49 | 1.52 | 3.14 | 0.00 | 50.00 | 43.29 |
| KNOBLE TOTAL: | | 351.10 | 0.00 | 3,748.21 | 294.93 | 232.39 | 54.33 | 112.44 | 0.00 | 2,218.68 | 835.44 |
| DEPT 01 TOTAL: | | 351.10 | 0.00 | 3,748.21 | 294.93 | 232.39 | 54.33 | 112.44 | 0.00 | 2,218.68 | 835.44 |
| REPORT TOTAL: | | 351.10 | 0.00 | 3,748.21 | 294.93 | 232.39 | 54.33 | 112.44 | 0.00 | 2,218.68 | 835.44 |

Ex A.

# Invoice

David J. Brown, Attorney at Law
216 N. Court St.
Rockford, IL 61103

| DATE | INVOICE # |
|---|---|
| 5/28/2008 | 201278 |

**BILL TO**
Danielle Knoble

Re: Knoble vs. Wasserman

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 5/24/2006 | Review of documents from client from IDHR | 1.4 | 350.00 |
| 6/1/2006 | Review of Answer from Cliffbreakers | 0.8 | 200.00 |
| 6/9/2006 | Office Conference with client | 1 | 250.00 |
| 12/28/2007 | Review of minute order | 0.1 | 25.00 |
| 1/11/2008 | Review of minute order | 0.1 | 25.00 |
| 1/22/2007 | Office Conference with client | 1 | 250.00 |
| 2/28/2007 | Review of fax from client | 0.2 | 50.00 |
| 6/26/2007 | Review of fax from client | 0.3 | 75.00 |
| 7/17/2007 | Fax to/from IDHR | 0.1 | 25.00 |
| 7/17/2007 | Correspondence to IDHR | 0.5 | 125.00 |
| 7/18/2007 | Correspondence to IDHR and preparation of Complaint with IDHR | 1 | 250.00 |
| 7/18/2007 | Teleconference with IDHR -- William Spolac | 0.2 | 50.00 |
| 7/18/2007 | Review of letter to client from IDHR | 0.2 | 50.00 |
| 7/20/2007 | Fax to/from IDHR -- William Spolac | 0.2 | 50.00 |
| 7/23/2007 | Correspondence to client | 0.2 | 50.00 |
| 7/31/2007 | Fax to/from IDHR -- William Spolac | 0.1 | 25.00 |
| 8/7/2007 | Review of order from Commission | 0.1 | 25.00 |
| 8/15/2007 | Review of Right to Sue letter | 0.1 | 25.00 |
| 8/20/2007 | Correspondence to client | 0.2 | 50.00 |
| 9/26/2007 | Correspondence to client | 0.2 | 50.00 |
| 10/4/2007 | Teleconference with Commission | 0.1 | 25.00 |
| 10/9/2007 | Teleconference with client | 0.2 | 50.00 |
| 10/12/2007 | Review of order from Commission | 0.1 | 25.00 |
| 10/23/2007 | Teleconference with client | 0.3 | 75.00 |

**Total**

Page 1

Ex. B

# Invoice

**David J. Brown, Attorney at Law**
216 N. Court St.
Rockford, IL  61103

| DATE | INVOICE # |
|---|---|
| 5/28/2008 | 201278 |

**BILL TO**
Danielle Knoble

**Re:** Knoble vs. Wasserman

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 11/8/2007 | Preparation and filing of Complaint -- Federal Court | 2.3 | 575.00 |
| 11/11/2007 | Review of order from Commission | 0.1 | 25.00 |
| 11/15/2007 | Entry of Appearance and Letter to Clerk of Commission | 0.7 | 175.00 |
| 11/15/2007 | Correspondence to client | 0.2 | 50.00 |
| 11/26/2007 | Correspondence to client | 0.2 | 50.00 |
| 1/11/2008 | Court Appearance -- Federal Court | 1 | 250.00 |
| 2/20/2008 | Preparation and filing of Motion to Continue and Letter to Clerk of Commission | 1 | 250.00 |
| 2/21/2008 | Review of order | 0.1 | 25.00 |
| 3/1/2008 | Review of order from Commission | 0.1 | 25.00 |
| 3/5/2008 | Review of minute order | 0.1 | 25.00 |
| 3/7/2008 | Correspondence to client | 0.2 | 50.00 |
| 3/11/2008 | Review of Defendant's Motion to Strike, Entry of Appearance and Notice of Hearing | 1.1 | 275.00 |
| 3/14/2008 | Court Appearance -- Federal Court | 1 | 250.00 |
| 3/15/2008 | Review of minute order | 0.1 | 25.00 |
| 3/18/2008 | Received and Reviewed Correspondence from Attorney Holzwarth and employment documents | 1.7 | 425.00 |
| 4/4/2008 | Review of minute order | 0.1 | 25.00 |
| 4/7/2008 | Preparation and e-filing of return of summons | 0.2 | 50.00 |
| 4/17/2008 | Preparation and e-filing of Amended Complaint | 1.2 | 300.00 |
| 4/21/2008 | Review of Answers and Affirmative Defenses | 1.5 | 375.00 |
| 4/28/2008 | Office Conference with client | 0.7 | 175.00 |
| 4/28/2008 | Fax to/from Attorney Holzwarth | 0.2 | 50.00 |

**Total**

# Invoice

**David J. Brown, Attorney at Law**
216 N. Court St.
Rockford, IL  61103

| DATE | INVOICE # |
|---|---|
| 5/28/2008 | 201278 |

**BILL TO**
Danielle Knoble

**Re:** Knoble vs. Wasserman

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 4/30/2008 | Court Appearance -- Federal Court | 1 | 250.00 |
| 5/26/2008 | Review of release from Cliffbreakers | 0.5 | 125.00 |

**Total** $6,000.00