UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DANIELLE Y. KNOBLE, | ) | |
| | ) | CASE NO. 07 CV 50222 |
| Plaintiff, | ) | |
| | ) | **NOTICE OF HEARING** |
| vs. | ) | |
| | ) | |
| CLIFFBREAKERS, INC., an Illinois corporation, and MARK WASSERMAN, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Robert L. Holzwarth
Holmstrom and Kennedy
P.O. Box 589
Rockford, IL   61105

　　　YOU ARE HEREBY NOTIFIED, that on the 4th day of June, 2008, at 1:30 p.m., or as soon thereafter as Counsel may be heard, I shall appear before Magistrate Mahoney, in said Court Room, in the Federal Court Building, United States District Court, Northern District of Illinois, 211 S. Court, Rockford, Illinois, and then and there present:

Motion For Default, At which time and place you may appear, if you so desire.

　　Dated: 05/28/08   ____/s/David J. Brown_____

　　　NAME:　　　　David J. Brown
　　　ATTORNEY FOR:　　Plaintiff
　　　ADDRESS:　　　216 N. Court St.
　　　CITY:　　　　Rockford, IL 61103
　　　TELEPHONE:　　815/968-4474

**CERTIFICATE OF SERVICE**

　　　The undersigned certifies that a copy of the foregoing NOTICE OF HEARING and MOTION TO REDUCE BOND was served on May 28, 2007, pursuant to ECF as to Filing Users and shall comply with local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User.

　　　　　　　　　　　　/s/ David J. Brown
　　　　　　　　　　　　David J. Brown

David J. Brown
Attorney at Law
216 N. Court St.
Rockford, IL   61103
815/986-4474

Case 3:07-cv-50222    Document 28    Filed 05/28/2008    Page 3 of 3