UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DANIELLE Y. KNOBLE, | ) | |
| | ) | CASE NO. 07 CV 50222 |
| Plaintiff, | ) | |
| | ) | **AFFIDAVIT** |
| vs. | ) | |
| | ) | |
| CLIFFBREAKERS, INC., an Illinois corporation, and MARK WASSERMAN, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

DAVID J. BROWN, being duly sworn under oath, deposes and says as follows:

1. That I am an attorney licensed to practice law in the State of Illinois and I have been previously admitted to the trial bar in the United States District Court for the Northern District of Illinois, Western Division.

2. That I am the attorney for the plaintiff and I have prepared and filed this case on her behalf. I have interviewed the plaintiff and obtained her payroll history to ascertain an amount of wage loss in the amount of $15,000.00. (Payroll history is attached hereto as Ex. A).

3. That the plaintiff did not return to regular employment for approximately one year after being wrongfully terminated by the defendant, MARK WASSERMAN.

4. That the plaintiff has suffered humiliation, embarrassment, anxiety, and loss of sleep regarding this incident and was damaged in the amount of $10,000.00.

5. That the plaintiff has incurred $442.25 in costs and $6000.00 in attorney fees. (Itemized statement of Attorney fees is attached hereto as Ex. B).

Affiant, further sayeth not.

                                                           s/ David␣J.␣Brown

Subscribed and Sworn to
before me this _____ day of
_____, 2008.

_____
NOTARY OF PUBLIC