## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Western Division


Danielle Y Knoble

Plaintiff,

v.                                                      Case No.: 3:07−cv−50222

Honorable Frederick J. Kapala

Cliffbreakers, Inc, et al.

Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, May 29, 2008:


MINUTE entry before the Honorable P. Michael Mahoney: Status hearing as to defendant Wasserman only, set for 6/4/2008 at 01:30 PM.Mailed notice(glg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.