CONFIDENTIAL

## EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| DANIELLE Y. KNOBLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07 CV 50222 |
| CLIFFBREAKERS, INC., an Illinois Corporation, and MARK WASSERMAN, | ) ) ) ) |
| Defendants. | ) |

### STIPULATION TO DISMISS AND
### CONSENT TO ENTRY OF ORDER BY MAGISTRATE

The undersigned attorneys, having been first duly authorized by their respective clients, hereby stipulate that the parties have consented to the entry by Magistrate Judge P. Michael Mahoney of an Order dismissing the above-captioned cause with prejudice as to Defendant Cliffbreakers, Inc. only.

DANIELLE KNOBLE, Plaintiff,

5/28/08
Date

BY: _____
David Brown, Her Attorney

CLIFFBREAKERS, INC., Defendant,

5/30/08
Date

BY: HOLMSTROM & KENNEDY, P.C.
Its Attorneys,

BY: _____
Roberta L. Holzwarth

Settlement Agreement & Release
Page 6 of 6