# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50222 | **DATE** | 6/4/2008 |
| **CASE TITLE** | KNOBLE vs. CLIFFBREAKERS | | |

**DOCKET ENTRY TEXT:**

Pursuant to stipulation of the parties and consent to entry of the order by the Magistrate Judge, Defendant Cliffbreakers is dismissed as a defendant with prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|