# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50222 | **DATE** | 6/9/2008 |
| **CASE TITLE** | Knoble vs. Cliffbreakers, Inc. et al. | | |

**DOCKET ENTRY TEXT:**

Having reviewed plaintiff's Motion for Default and the affidavit in support, and having conducted a hearing concerning plaintiff's motion on June 4th, the Magistrate Judge recommends granting plaintiff's Motion for Default Judgment against the remaining individual defendant, Mark Wasserman. Plaintiff is entitled to a judgment directing defendant to pay $31,442.25 to plaintiff's attorney, comprised of the following: $15,000 for compensatory damages reflecting plaintiff's wage loss; $10,000 for compensatory damages reflecting plaintiff's mental anguish and humiliation; $442.25 in costs; and $6,000 for attorneys fees pursuant to 42 U.S.C. § 2000e-5(k). Parties are given ten days from service as calculated under Rule 6 to file objections with Judge Kapala pursuant to FRCP 72. Objections need not be presented as stated in Local Rule 5.3.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

*[signature: P. Michael Mahoney]*

| | Courtroom Deputy Initials: | JH |
|---|---|---|