# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50222 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Knoble vs. Cliffbreakers, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

It appearing that an individual defendant can not be found liable under Title VII, the Magistrate Judge's Report and Recommendation dated 6/9/08 is withdrawn. *See Gastineau v. Fleet Mortg. Corp.*, 137 F.3d 490, 493-94 (7th Cir. 1998); *Williams v. Banning*, 72 F.3d 552, 553-55 (7th Cir. 1995). The court hereby sets this case for a status conference on 7/16/08 at 1:30 in order to resolve whether plaintiff intends to pursue this case against the individual defendant.

*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | JH |
|---|---|---|