## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50222 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Knoble vs. Cliffbreakers | | |

**DOCKET ENTRY TEXT:**

Pursuant to Magistrate Mahoney's order of July 23, 2008, this case is dismissed without prejudice. Any pending motions are now moot.

*Notices mailed by Judicial staff.*

| | Courtroom Deputy Initials: | sw |
|---|---|---|

Case 3:07-cv-50222   Document 37   Filed 07/25/2008   Page 1 of 1

07C50222 Knoble vs. Cliffbreakers    Page 1 of 1